IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DAVID HAROLD JOHNSON,
         Plaintiff,
         v.
STATE OF NORTH CAROLINA;
MICHAEL HICKS,
         Defendants.

**Judgment in a Civil Case**

Case Number: 5:14-CT-3009-H

**Decision by Court.**

This action came before the Honorable Malcolm J. Howard, Senior United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on April 10, 2014, with service on:
David Harold Johnson  1305058, Maury Correctional Institution, P.O. Box 506, Maury, NC  28554 (via U.S. Mail)

April 10, 2014         /s/ Julie A. Richards
                                            Clerk

Raleigh, North Carolina